MICHAEL J. SACKSTEDER (CSB No. 191605)
msacksteder@fenwick.com
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: 415.875.2300
Facsimile: 415.281.1350

VIGEN SALMASTLIAN (CSB No. 276846)
vsalmastlian@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

JESSICA M. KAEMPF (WSBA No. 51666)
jkaempf@fenwick.com
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

DARGAYE H. CHURNET (CSB No. 303659)
dchurnet@fenwick.com
FENWICK & WEST LLP
730 Arizona Avenue, 1st Floor
Santa Monica, CA 90401
Telephone: 310.554.5400

*Attorneys for Plaintiff*
DATABRICKS, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATABRICKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NOM NOM DATA INC. and NOM NOM AI INC.,<br><br>Defendants. | Case No.: 3:26-cv-09634<br><br>**PLAINTIFF'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**<br><br>**JURY TRIAL DEMANDED** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Databricks, Inc. states that it has no parent corporation and that to its knowledge, no publicly held corporation owns 10% or more of Databricks, Inc.

Dated: September 4, 2026

FENWICK & WEST LLP

By: */s/ Michael J. Sacksteder*

Michael J. Sacksteder (CSB No. 191605)
**FENWICK & WEST LLP**
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: 415.875.2300
Email: msacksteder@fenwick.com

Vigen Salmastlian (CSB No. 276846)
**FENWICK & WEST LLP**
801 California Street,
Mountain View, CA 94041
Telephone: 650.988.8500
Email: vsalmastlian@fenwick.com

Jessica Kaempf (*Pro Hac Vice* Forthcoming)
**FENWICK & WEST LLP**
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Email: jkaempf@fenwick.com

Dargaye Churnet (CSB No. 303659)
**FENWICK & WEST LLP**
730 Arizona Avenue, 1st Floor
Santa Monica, CA 90401
Telephone: 310.434.5400
Email: dchurnet@fenwick.com

*Attorneys for Plaintiff*
DATABRICKS, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW